MICHAEL L. BLUMENTHAL, Pro hac vice
COURTNEY A. HUESER, Pro hac vice
CONSTANGY, BROOKS AND SMITH, LLC
2600 Grand Boulevard, Suite 300
Kansas City, Missouri, 64108
Telephone: (816) 472-6400
Facsimile: (816) 472-6401

ROBERT A. DOLINKO, CA BAR NO. 076256
DEBORAH R. SCHWARTZ, CA BAR NO. 208934
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendants
ARCHITECTURAL ART MANUFACTURING, INC.
and JOHN J. MURPHY

**FILED**

AUG - 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL MURPHY, <br><br> Plaintiff, <br><br> vs. <br><br> ARCHITECTURAL ART MANUFACTURING, INC., and JOHN J. MURPHY, <br><br> Defendants. | Case No.: 3:04-cv-04838-MHP |
| BARBARA E. LAYTON, <br><br> Plaintiff, <br><br> vs. <br><br> ARCHITECTURAL ART MANUFACTURING, INC., and JOHN J. MURPHY, <br><br> Defendants. | Case No.: 3:04-cv-04837-MHP |

**JOINT STIPULATION TO ENLARGE DISCOVERY DEADLINES**

E-filing

Pursuant to Local Rules 6-1(a) and 7-12, counsel for Defendants Architectural Art Manufacturing, Inc. and John J. Murphy and counsel for Plaintiffs John Michael Murphy and Barbara E. Layton hereby jointly stipulate to the following enlargement of discovery deadlines previously set forth in the parties' proposed Case Management Order:

| | |
|---|---|
| Disclosure of identities of all witnesses to be called in each party's case-in-chief: | September 16, 2005 |
| Completion of all discovery (except experts): | October 14, 2005 |
| Disclosure of identities, resumes, final reports and all other matters required by Fed.R.Civ.P. 26(a)(2): | September 30, 2005 |
| Completion of discovery from experts: | October 21, 2005 |

The parties jointly submit that the enlargement of the discovery deadlines as stipulated will not alter the date of any event or deadline already fixed by any order of the Court.

WHEREFORE, counsel for the parties hereby jointly stipulate to the above-referenced enlargement of discovery deadlines.

Dated: July 29, 2005

Respectfully submitted,

CONSTANGY, BROOKS & SMITH, LLC

By _____
Michael L. Blumenthal (pro hac vice)
Courtney A. Hueser (pro hac vice)
2600 Grand Boulevard, Suite 300
Kansas City, Missouri 64108
Telephone: (816) 472-6400
Facsimile: (816) 472-6401

JEFFREY N. DALY, ESQ.

By _____
Jeffrey N. Daly
Post Office Box 246
Middleton, California 95461
Telephone: (707) 987-9082
Facsimile: (707) 987-0982

Attorney for Plaintiffs JOHN MICHAEL MURPHY AND BARBARA E. LAYTON

2

8/2/05

IT IS SO ORDERED
_____
U.S. DISTRICT JUDGE

THELEN REID & PRIEST LLP
Robert A. Dolinko
Deborah R. Schwartz
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendants
ARCHITECTURAL ART
MANUFACTURING, INC.
and JOHN J. MURPHY