MICHAEL L. BLUMENTHAL, Pro hac vice
COURTNEY A. HUESER, Pro hac vice
CONSTANGY, BROOKS AND SMITH, LLC
2600 Grand Boulevard, Suite 300
Kansas City, Missouri, 64108
Telephone: (816) 472-6400
Facsimile: (816) 472-6401

ROBERT A. DOLINKO, CA BAR NO. 076256
DEBORAH R. SCHWARTZ, CA BAR NO. 208934
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendants
ARCHITECTURAL ART MANUFACTURING, INC.
and JOHN J. MURPHY

---

JEFFREY N. DALY, CA BAR NO. 59034
Post Office Box 246
Middleton, California 95461
Telephone: (707) 987-9082
Facsimile: (707) 987-0982

Attorney for Plaintiffs
JOHN MICHAEL MURPHY and
BARBARA E. LAYTON

**FILED**

OCT 2 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL MURPHY,<br><br>        Plaintiff,<br><br>vs.<br><br>ARCHITECTURAL ART MANUFACTURING, INC., and JOHN J. MURPHY,<br><br>        Defendants. | Case No.: 3:04-cv-04838-MHP |

| | |
|---|---|
| BARBARA E. LAYTON,<br><br>        Plaintiff,<br><br>vs.<br><br>ARCHITECTURAL ART MANUFACTURING, INC., and JOHN J. MURPHY,<br><br>        Defendants. | Case No.: 3:04-cv-04837-MHP |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, that this action is dismissed with prejudice; each party shall bear its or his own costs and attorneys fees; and

IT IS FURTHER STIPULATED AND AGREED that the Court will retain jurisdiction only to enforce the terms of the parties' settlement should that become necessary.

Dated: October 10, 2005

CONSTANGY, BROOKS & SMITH, LLC

By _Courtney A. Hueser_
Michael L. Blumenthal (pro hac vice)
Courtney A. Hueser (pro hac vice)

and

THELEN, REID & PRIEST, L.L.P.
Robert A. Dolinko
Deborah R. Schwartz
Attorneys for Defendants
ARCHITECTURAL ART MANUFACTURING
and JOHN J. MURPHY

Dated: October 15, 2005

LAW OFFICES OF JEFFREY N. DALY

By _Jeffrey N. Daly_
Jeffrey N. Daly
Attorney for Plaintiffs
JOHN MICHAEL MURPHY and BARBARA E. LAYTON

10/24/05

**IT IS SO ORDERED**

_[signature]_
U.S. DISTRICT JUDGE

-2-
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
[CASE NOS. CIV 04-04837 and 04-03848-MHP]